```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                        PANAMA CITY DIVISION

IN RE:                              )
                                    )
CHRISTOPHER AND LISA KAELIN         )   CASE NO.  09-50439-LMK
                                    )       CHAPTER 7
      Debtor.                       )
_____)
```

## REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 17 | Paparella Food Service<br>2935 Shawanee Industrial Way<br>Suite 200<br>Suwanee, GA 30024 | 343.32 |

```
Dated: 4/21/11                      /s/ John E. Venn, Jr.
                                    JOHN E. VENN, JR.,
                                    TRUSTEE
                                    FL Bar No. 184992
                                    220 W. Garden St.
                                    Suite 603
                                    Pensacola, FL 32502
                                    (850) 438-0005
                                    Johnevennjrpa@aol.com
```